# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

SHERRIE WILLIAMS,

   Plaintiff,

 v.

          **Case No.: 1:11-cv-156**

PORTFOLIO RECOVERY
ASSOCIATES, INC.

   Defendant.

## SATISFACTION OF JUDGMENT

 Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

 THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.


Dated: <u>June 4, 2012</u>    <u>/S/ Amy L. Bennecoff</u>
             Amy L. Bennecoff, Esq.
             BPR # 28563
             Kimmel & Silverman, P.C.
             30 E. Butler Avenue
             Ambler, PA 19002
             Telephone: 215-540-8888
             Facsimile: 877-788-2864
             abennecoff@creditlaw.com
             Attorney for Plaintiff